STATE OF CONNECTICUT *v.* LUCAS BETANCOURT

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 627 (AC 27955), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Joseph A. Jaumann,* special public defender, in support of the petition.

*Raheem L. Mullins,* deputy assistant state's attorney, in opposition.

Decided May 13, 2008

LEONARD J. ABBOTTS *v.* PACE MOTOR
LINES, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 106 Conn. App. 436 (AC 27964), is denied.

*Kevin M. Blake,* in support of the petition.

*Jason M. Dodge,* in opposition.

Decided May 13, 2008

STATE OF CONNECTICUT *v.* DERECK THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 160 (AC 28179), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Christine A. Janis,* assistant public defender, in support of the petition.